United States District Court
Southern District of Texas
FILED

SEP 27 2016 MIC

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Criminal No. M-16-1375 |
| EPIFANIO ACOSTA § | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### Count One

From on or about June 29, 2016 to on or about August 18, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**EPIFANIO ACOSTA**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

#### Count Two

On or about August 18, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**EPIFANIO ACOSTA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 9 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance

and 500 grams or more, that is, approximately 19 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY